**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | GERALDINE MAMIE WALKER |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number | 15-22327 |

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount it due.** See Bankruptcy Rule 3002.1.

**Name of Creditor**: Ditech Financial LLC

**Last four digits** of any number You use to identify the debtor's account: 3626

**Court Claim no**. (if known): 9

**Date of Payment change:** Must be at least 21 days after date Of this notice — 01/01/2017

**New total payment** $1,051.85
Principal, interest, and escrow, if any

### Part 1:   Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

[X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: Annual Escrow Analysis Payment Change Effective 1/1/2017

**Current escrow payment:** $ 305.03       **New escrow payment:** $ 399.89

### Part 2:   Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

[X] No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** _____ %         **New interest rate**: _____ %

**Current principal and interest payment:** $ _____         **New principal and interest payment:** $ _____

### Part 3:   Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[X] No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

Reason for change**:** _____

**Current mortgage payment:** $ _____         **New mortgage payment:** $ _____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ AMY MICHAELS            Date      12/09/2016
     Signature

Print            AMY MICHAELS             Title     Bankruptcy Representative
Company      Ditech Financial LLC
Address        P.O. Box 6154
                    Rapid City, SD 57709-6154
Contact phone   888-298-7785            Email    poc.team@ditech.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN (BAY CITY)**

IN RE:  GERALDINE MAMIE WALKER                    NO. 15-22327

## CERTIFICATE OF SERVICE

I, Amy Michaels, do hereby certify that I have served a true and correct copy of the **Notice of Mortgage Payment Change** filed by Ditech Financial LLC on 12/9/2016 via ECF notification service to attorney and trustee and USPS mail to debtor: Geraldine Mamie Walker, 859 Rambling Drive, Saginaw, MI 48609; Joshua M. Reinert, ecf@mcreinert.com; Thomas McDonald, ecf@mcdonald13.org.

DATED:  This the 9th day of December, 2016.

/s/  Amy Michaels
Amy Michaels

Amy Michaels
Bankruptcy Specialist
Ditech Financial LLC
P.O. Box 6154
Rapid City, SD 57703



**ditech**
a Walter company

P O Box 6172
Rapid City, SD 57709-6172
1(800) 643-0202

GERALDINE WALKER
859 RAMBLING DR
SAGINAW MI 48609-4961

# ESCROW ACCOUNT
# DISCLOSURE STATEMENT

IF YOU FILED BANKRUPTCY, THIS IS NOT AN ATTEMPT TO COLLECT A DEBT BUT INSTEAD A LEGALLY REQUIRED NOTICE REGARDING YOUR ESCROWED TAXES AND INSURANCE.

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY
## STATEMENT OF ACTUAL ESCROW ACCOUNT ACTIVITY

ACCOUNT NUMBER: ████████        January 2016  THROUGH  December 2016    DATE: 11/10/16
PAST YEARS PAYMENT BREAKDOWN:     Principal & Interest Payment       651.96
                                  Escrow Payment                     305.03
                                  TOTAL PRINCIPAL, INTEREST & ESCROW PAYMENT**   956.99

| MONTH | PAYMENTS TO ESCROW PROJECTED | ACTUAL | PAYMENTS FROM ESCROW PROJECTED | DESCRIPTION | ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ACTUAL | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 33.00 | -2855.53 | SB |
| Jan 16 | 305.03 | 305.03 | | | 0.00 | | 338.03 | -2550.50 | |
| Feb 16 | 305.03 | 305.03 | | | 0.00 | | 643.06 | -2245.47 | |
| Mar 16 E | 305.03 | 305.03 | | | 0.00 | | 948.09 | -1940.44 | |
| Apr 16 E | 305.03 | 305.03 | | | 0.00 | | 1253.12 | -1635.41 | |
| May 16 E | 305.03 | 305.03 | | | 0.00 | | 1558.15 | -1330.38 | |
| Jun 16 E | 305.03 | 305.03 | | | 0.00 | | 1863.18 | -1025.35 | |
| Jul 16 E | 305.03 | 305.03 | | | 0.00 | | 2168.21 | -720.32 | |
| Aug 16 E | 305.03 | 305.03 | | | 792.71 * | CITY/TOWN/BOROU | 2473.24 | -1208.00 | |
| Sep 16 E | 305.03 | 305.03 | | | 0.00 | | 2778.27 | -902.97 | |
| Oct 16 E | 305.03 | 305.03 | | | 0.00 | | 3083.30 | -597.94 | |
| Nov 16 E | 305.03 | 305.03 | | | 0.00 | | 3388.33 | -292.91 | |
| Dec 16 E | 305.03 | 305.03 | | | 1583.53 * | CITY/TOWN/BOROU | 3693.36 | -2843.41 | LP |
| Dec 16 | | | | | 1272.00 * | HAZARD/FIRE | | | |
| TOTALS | 3660.36 | 3660.36 | | | 3648.24 | | | | |

AN (E) INDICATES AN ESTIMATE WAS USED BECAUSE PAYMENTS AND/OR DISBURSEMENTS HAVE NOT BEEN POSTED FOR THE MONTH INDICATED. A (P) INDICATES THE PAYMENT HAS BEEN POSTED FOR THE MONTH INDICATED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE ANTICIPATED PAYMENTS FROM ESCROW AND THE ACTUAL PAYMENTS FROM ESCROW. "SB" EQUALS STARTING BALANCE. "PMT" IDENTIFIES PAYMENT ACTIVITY. "INT" INDICATES AN ESCROW INTEREST CREDIT AMOUNT. *ADV* IDENTIFIES CORPORATE ADVANCE ACTIVITY. THE INFORMATION PROVIDED DOES NOT REQUIRE ANY ACTION ON YOUR PART. IF YOU HAVE ANY QUESTIONS, PLEASE CALL OUR TOLL FREE NUMBER (800) 643-0202.

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS

ACCOUNT NUMBER: ████████        January 2017  THROUGH  December 2017    DATE: 11/10/16
PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS IS AN ESTIMATE OF ACTIVITY IN YOUR ESCROW ACCOUNT DURING THE COMING YEAR BASED UPON PAYMENTS ANTICIPATED TO BE MADE FROM YOUR ACCOUNT.

------------PROJECTED ESCROW DISBURSEMENTS----------
              CITY/TOWN/BOROU        2376.24
              HAZARD/FIRE            1272.00
TOTAL PROJECTED ESCROW DISBURSEMENTS:    3648.24    ESCROW PAYMENT CALCULATION:  3648.24 / 12 = 304.02

| MONTH | TO ESCROW | FROM ESCROW | PROJECTED PAYMENTS DESCRIPTION | ESCROW BALANCE PROJECTED | REQUIRED |
|---|---|---|---|---|---|
| | | | STARTING BALANCE | -2843.41 | 608.04 |
| Jan 17 | 304.02 | 0.00 | | -2539.39 | 912.06 |
| Feb 17 | 304.02 | 0.00 | | -2235.37 | 1216.08 |
| Mar 17 | 304.02 | 0.00 | | -1931.35 | 1520.10 |
| Apr 17 | 304.02 | 0.00 | | -1627.33 | 1824.12 |
| May 17 | 304.02 | 0.00 | | -1323.31 | 2128.14 |
| Jun 17 | 304.02 | 0.00 | | -1019.29 | 2432.16 |
| Jul 17 | 304.02 | 0.00 | | -715.27 | 2736.18 |
| Aug 17 | 304.02 | 792.71 | CITY/TOWN/BOROU | -1203.96 | 2247.49 |
| Sep 17 | 304.02 | 0.00 | | -899.94 | 2551.51 |
| Oct 17 | 304.02 | 0.00 | | -595.92 | 2855.53 |
| Nov 17 | 304.02 | 0.00 | | -291.90 | 3159.55 |
| Dec 17 | 304.02 | 1583.53 | CITY/TOWN/BOROU | -2843.41 | 608.04 |
| Dec 17 | | 1272.00 | HAZARD/FIRE | | |
| TOTALS | 3648.24 | 3648.24 | | | |

CUSHION SELECTED BY SERVICER: 608.04

YOUR ENDING ESCROW BALANCE FROM THE LAST MONTH OF THE ACCOUNT HISTORY IS $-2843.41. YOUR STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE $608.04. THIS MEANS YOU HAVE A DEFICIENCY OF $-2843.41. THIS DEFICIENCY MAY BE COLLECTED FROM YOU OVER A PERIOD OF 12 MONTHS OR MORE UNLESS THE DEFICIENCY IS LESS THAN 1 MONTH'S DEPOSIT, IN WHICH CASE WE HAVE THE ADDITIONAL OPTION OF REQUESTING PAYMENT WITHIN 30 DAYS. WE WILL ASK YOU TO PAY IT OVER 36 MONTHS.

AFTER CONSIDERING THE DEFICIENCY OF $-2843.41, YOU ALSO HAVE A REMAINING SHORTAGE OF $-608.04. THIS SHORTAGE MAY BE COLLECTED FROM YOU OVER A PERIOD OF 12 MONTHS OR MORE UNLESS THE SHORTAGE IS LESS THAN 1 MONTH'S DEPOSIT, IN WHICH CASE WE HAVE THE ADDITIONAL OPTION OF REQUESTING PAYMENT WITHIN 30 DAYS. WE HAVE DECIDED TO COLLECT IT OVER 36 MONTHS.

NAME: Geraldine Walker  
Continue of Account: ▇▇▇▇▇▇  
For ESCROW DISCLOSURE STATEMENT

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

**NEW MONTHLY PRINCIPAL, INTEREST & ESCROW PAYMENT EFFECTIVE 01/01/2017**

| | |
|---|---|
| Principal & Interest Payment | 651.96 |
| Escrow Payment | 304.02 |
| Shortage Payment | 16.89 |
| Deficiency Payment | 78.98 |
| Surplus Spread | 0.00 |
| TOTAL | 1051.85 |

FOR ADJUSTABLE RATE MORTGAGES: THE TERMS OF YOUR ACCOUNT MAY RESULT IN CHANGES TO THE MONTHLY PRINCIPAL AND INTEREST PAYMENTS DURING THE YEAR.

**THIS AMOUNT DOES NOT REFLECT ANY NON-ESCROWED AMOUNTS DUE. PLEASE REFER TO YOUR MONTHLY INFORMATIONAL STATEMENT FOR THE TOTAL PAYMENT DUE.

**IF YOU FILED BANKRUPTCY, THIS IS NOT AN ATTEMPT TO COLLECT A DEBT BUT IS INSTEAD A LEGALLY REQUIRED NOTICE REGARDING YOUR ESCROWED TAXES AND INSURANCE.**