| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | GERALDINE MAMIE WALKER |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number | 15-22327 |

# Official Form 410S1
## Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount it due.** See Bankruptcy Rule 3002.1.

**Name of Creditor**: Ditech Financial LLC

**Last four digits** of any number You use to identify the debtor's account: 3626

**Court Claim no**. (if known): 9

**Date of Payment change:**
Must be at least 21 days after date
Of this notice                     08/01/2017

**New total payment**        $1,105.78
Principal, interest, and escrow, if any

### Part 1:    Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

[X] No

[ ] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ _____           **New escrow payment:** $ _____

### Part 2:    Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

[ ] No

[X] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:    LOAN MODIFICATION

**Current interest rate:**   4.00000  %           **New interest rate**:   4.62500  %

**Current principal and interest payment:** $  651.96       **New principal and interest payment:** $  705.89

### Part 3:    Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[X] No

[ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____           **New mortgage payment:** $ _____

Official Form 410S1                **Notice of Mortgage Payment Change**                Page 1

**Part 4:    Sign Here**

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ TYLER SCARBOROUGH             Date     06/28/2017
　　Signature

| | | | |
|---|---|---|---|
| Print | TYLER SCARBOROUGH | Title | Bankruptcy Representative |
| Company | Ditech Financial LLC | | |
| Address | P.O. Box 6154 | | |
| | Rapid City, SD 57709-6154 | | |
| Contact phone | 888-298-7785 | Email | poc.team@ditech.com |

CERTIFICATE OF SERVICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE: **Geraldine Mamie Walker**   NO. 15-22327

I hereby certify that on 28th day of June, 2017, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid:

**Geraldine Mamie Walker**
859 Rambling Drive
Saginaw, MI 48609

Via filing with the US Bankruptcy Court's CM ECF system to the following:

**Joshua M. Reinert**
Reinert & Reinert
3434 Davenport
Saginaw, MI 48602

**Thomas McDonald**
3144 Davenport
Saginaw, MI 48602

This is the 28th day of June, 2017

/s/ Tyler Scarborough

Tyler Scarborough
Bankruptcy Clerk
Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709

Customer Service Center
1400 Turbine Drive, Suite 200
Rapid City, SD 57703
Phone: 1-800-643-0202
Fax: 866-870-9919
Ditech.com



05/29/2017

3434 DAVENPORT AVE
SAGINAW, MI 48602-3306

Re: Ditech Financial LLC ("Ditech")
Borrower Name:          GERALDINE M WALKER
Account Number:
Property Address:       859 RAMBLING DR
                        SAGINAW, MI 48609

Dear JOSHUA M REINERT:

### Changes to Your Client's Mortgage Interest Rate and Payments on 07/01/2017

Under the terms of your client's Home Affordable Modification Agreement, they had a 12 month period during which their interest rate stayed the same. That period ends 07/01/2017 and on that date your client's interest rate will increase by 1.00% per year until it reaches a cap. The cap equals the market rate of interest charged by mortgage lenders on the day your client's modification agreement was prepared (the Freddie Mac Primary Mortgage Market Survey Rate for 30-year, fixed-rate conforming mortgages). Once your client's interest rate reaches this cap it will be fixed for the remaining life of their account. This new interest rate will be used in calculating your client's new monthly payment. Your client's new payment also includes an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your client's homeowners insurance, property tax assessment or other escrowed expenses increases, their monthly payment will increase as well. Your client's interest rate was 4.00000%. Their new interest rate is 4.62500%. The interest rate change this period from the previous interest rate is .62500%.

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment* | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 8 - 25 | 4.62500% | 07/01/2017 | $705.89 | $399.89 Adjusts Annually | $1,105.78 Adjusts Annually | 08/01/2017 | 216 |

**New Monthly Payment:** The table above shows your client's new interest rate, their new monthly principal and interest payment and our estimate of their new escrow payment. The monthly principal and interest payment amounts are based on your client's account balance of $142,472.37, and their remaining account term of 227 months. The escrow payment amounts are based on current data and reasonable estimates of expenditures for future escrow obligations.

*The escrow payments may be adjusted periodically due to changes in property taxes, insurance or other escrowed amounts and therefore the total monthly payment may change accordingly.

**Questions:** If your client has questions about their new payment, please have them contact Ditech at 1-800-643-0202. One of our representatives will be available to discuss possible workout options on your client's account. If your client needs further assistance, they may contact a HUD-approved agency to seek counseling. There are several agencies throughout the state and the services provided by the housing counseling agency are FREE:
- Visit www.hud.gov/offices/hsg/sfh/hcc/fc/ to access the HUD bureau list of homeowner counselors and counseling organizations or
- Call 1-800-569-4287 to access the HUD bureau list of homeowner counselors and counseling organizations.
- Call the Homeowners HOPE Hotline at 1-888-995-HOPE. This is an on-demand counseling service that is available 24 hours a day / 7 days a week.

# Delaware

## The First State

PAGE 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"DITECH MORTGAGE CORP", A CALIFORNIA CORPORATION,

"DT HOLDINGS LLC", A DELAWARE LIMITED LIABILITY COMPANY,

WITH AND INTO "GREEN TREE SERVICING LLC" UNDER THE NAME OF "GREEN TREE SERVICING LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTEENTH DAY OF AUGUST, A.D. 2015, AT 1:35 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF AUGUST, A.D. 2015, AT 12:05 O'CLOCK A.M.

2458190  8100M

151168309

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 2641973

DATE: 08-13-15

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:35 PM 08/13/2015
FILED 01:35 PM 08/13/2015
SRV 151168309 - 2458190 FILE

# STATE OF DELAWARE
# CERTIFICATE OF MERGER

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned hereby executes the following Certificate of Merger:

**FIRST**: The surviving limited liability company is **Green Tree Servicing LLC**, a Delaware limited liability company, and the corporation and limited liability company being merged into this surviving limited liability company are:

> **DT Holdings LLC**, a Delaware limited liability company, and
> **Ditech Mortgage Corp**, a California corporation.

**SECOND:** The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations and limited liability companies pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD:** The name of the surviving limited liability company is hereby amended to **Ditech Financial LLC**, a Delaware limited liability company (as such surviving entity, the "Surviving Limited Liability Company").

**FOURTH:** The mergers are to become effective as of 12:05 AM EDT on August 31, 2015.

**FIFTH:** The Agreement and Plan of Merger is on file at 3000 Bayport Drive, Suite 880, Tampa, FL 33607, the principal place of business of the Surviving Limited Liability Company.

**SIXTH:** A copy of the Agreement and Plan of Merger will be furnished by the Surviving Limited Liability Company on request, without cost, to any stockholder or member of the constituent corporations or limited liability companies, as applicable.

[The remainder of page intentionally left blank.]

IN WITNESS WHEREOF, said Surviving Limited Liability Company has caused this certificate to be signed by an authorized officer, the 4th day of August, 2015.

                **GREEN TREE SERVICING LLC**

                By: *[signature]*
                Name: Wanda Lamb-Lindow
                Title: Assistant Secretary