**Fill in this information to identify the case:**

Debtor 1    Geraldine Mamie Walker

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern    District of   Michigan
    (State)

Case number   15-22327

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Bayview Loan Servicing, LLC      **Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account:    5734 ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[✔] No

[ ] Yes. Date of the last notice: ____/____/_____

---

**Part 1:**   **Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 8/15/2019 - Obj. to Confirmation | (3) | $ 350.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | 8/2/2019, 9/3/2019, 10/2/2019, 11/1/2019, 12/14/2019 | (7) | $ 55.00 |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

15-22327-dob    Doc 58    Filed 01/10/20    Entered 01/10/20 15:37:31    Page 1 of 4

| Part 2: | Sign Here |
| --- | --- |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗    **/s/ Wendy Locke**

Signature

Date 01 / 09 / 2020

Print:    **Wendy Locke**
          First Name    Middle Name    Last Name

Title **Agent for Creditor**

Company    **Aldridge Pite, LLP**

Address    **4375 Jutland Dr. Suite 200; P.O. Box 17933**
           Number          Street
           **San Diego**              **CA**        **92177**
           City                        State      ZIP Code

Contact phone  ( 858 ) 750 – 7600

Email wlocke@aldridgepite.com

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN (BAY CITY)

| | |
|---|---|
| In re | Case No. 15-22327 |
| GERALDINE MAMIE WALKER, | Chapter 13 |
| Debtor(s). | PROOF OF SERVICE |

I, Amber Finch, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On January 10, 2020, I served the Notice of Postpetition Mortgage Fees, Expenses and Charges in said cause by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 10, 2020

/s/ Amber Finch
AMBER FINCH

**<u>SERVICE LIST</u>**

**<u>DEBTOR(S)</u>**
**(VIA U.S. MAIL)**

Geraldine Mamie Walker
859 Rambling Drive
Saginaw, MI 48609

**<u>DEBTOR(S) ATTORNEYS</u>**
**(VIA ELECTRONIC NOTICE)**

Joshua M. Reinert

Michael C. Reinert

**<u>CHAPTER 13 TRUSTEE</u>**
**(VIA ELECTRONIC NOTICE)**

Thomas McDonald