**Fill in this information to identify the case:**

Debtor 1    Geraldine Mamie Walker

Debtor 2

United States Bankruptcy Court for the: Eastern District of Michigan

Case number :    15-22327-dob

---

Official Form 410S1

# Notice of Mortgage Payment Change                                           12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET BACKED CERTIFICATES, SERIES 2005-12 | **Court claim no.** (if known): | **9-1** |
| **Last 4 digits** of any number you use to identify the debtor's account: | 9032 | **Date of payment change:** Must be at least 21 days after date of this notice | **05/01/2020** |
| | | **New total payment:** Principal, interest, and escrow, if any | **$1,137.00** |

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [ ]  No

   [X]  Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment: $351.03**          **New escrow payment: $431.11**

## Part : 2  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [X]  No

   [ ]  Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**                              **New interest rate:**
   **Current Principal and interest payment:**  **New principal and interest payment:**

## Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [X]  No

   [ ]  Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).

   Reason for change:

   **Current mortgage payment:**                    **New mortgage payment:**

---

Official Form 410S1                        **Notice of Mortgage Payment Change**                           page 1

15-22327-dob    Doc 74    Filed 04/10/20    Entered 04/10/20 14:10:36    Page 1 of 6

Debtor 1 Geraldine Mamie Walker    Case number (if known) 15-22327-dob
         First Name  Middle Name  Last Name

## Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

_/s/ Julian Cotton_                              Date  04/10/2020
Signature

| | | | |
|---|---|---|---|
| Print: | Julian Cotton | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | bkcrm@padgettlawgroup.com |

IN RE: Geraldine Mamie Walker             Case No: 15-22327-dob
                      Debtors(s)                Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this the 10th day of April, 2020, a true and correct copy of the foregoing was served by U.S., First Class, and/or electronic transmission to:

Debtor
Geraldine Mamie Walker
859 Rambling Drive
Saginaw, MI 48609

Attorney
Joshua M. Reinert
Reinert & Reinert
3434 Davenport Avenue
Saginaw, MI 48602

Michael C. Reinert
Reinert & Reinert
3434 Davenport
Saginaw, MI 48602

Trustee
Thomas McDonald
3144 Davenport
Saginaw, MI 48602

                                                 /S/ Julian Cotton
                                                _____
                                                JULIAN COTTON
                                                PADGETT LAW GROUP
                                                6267 Old Water Oak Road, Suite 203
                                                Tallahassee, FL 32312

(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlaw.net
*Authorized Agent for Creditor*



Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 0826
For Inquiries: (800) 365-7107

| | |
|---|---|
| Analysis Date: | March 19, 2020 |
| Loan: | |

GERALDINE M WALKER
859 RAMBLING DR
SAGINAW MI 48609

Property Address:
859 RAMBLING DR
SAGINAW, MI 48609

### Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective May 01, 2020 | Prior Esc Pmt | November 01, 2019 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $705.89 | $705.89** | P & I Pmt: | $705.89 | Due Date: | July 01, 2019 |
| Escrow Pmt: | $349.20 | $431.11 | Escrow Pmt: | $351.03 | Escrow Balance: | -$5,439.09 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $3,502.98 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $1,055.09 | $1,137.00 | Total Payment: | $1,056.92 | Anticipated Escrow Balance: | -$1,936.11 |

| Shortage/Overage Information | Effective May 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $4,350.95 |
| Required Cushion | $725.16 |
| Required Starting Balance | $2,175.47 |
| Escrow Shortage | -$4,111.58 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 725.16. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 725.16 or 1/6 of the anticipated payment from the account.

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

This is a statement of actual activity in your escrow account from Oct 2019 to Apr 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | (4,608.84) |
| Oct 2019 | | 312.83 | | | * | | 0.00 | (4,296.01) |
| Nov 2019 | | 625.66 | | | * | | 0.00 | (3,670.35) |
| Dec 2019 | | 349.20 | | | * | | 0.00 | (3,321.15) |
| Dec 2019 | | | | 1,983.74 | * | Irrigation Dist Tax | 0.00 | (5,304.89) |
| Dec 2019 | | | | 1,531.00 | * | Hazard | 0.00 | (6,835.89) |
| Jan 2020 | | 349.20 | | | * | | 0.00 | (6,486.69) |
| Feb 2020 | | 349.20 | | | * | | 0.00 | (6,137.49) |
| Feb 2020 | | 349.20 | | | * | | 0.00 | (5,788.29) |
| Mar 2020 | | 349.20 | | | * | | 0.00 | (5,439.09) |
| | | | | | | Anticipated Transactions | 0.00 | (5,439.09) |
| Mar 2020 | | 3,151.95 P | | | | | | (2,287.14) |
| Apr 2020 | | 351.03 P | | | | | | (1,936.11) |
| | $0.00 | $6,187.47 | $0.00 | $3,514.74 | | | | |

**An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.**
**P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.**

Shellpoint Mortgage Servicing

For Inquiries: (800) 365-7107

Analysis Date: March 19, 2020
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | (1,936.11) | 2,175.47 |
| May 2020 | 362.58 | | | (1,573.53) | 2,538.05 |
| Jun 2020 | 362.58 | | | (1,210.95) | 2,900.63 |
| Jul 2020 | 362.58 | | | (848.37) | 3,263.21 |
| Aug 2020 | 362.58 | | | (485.79) | 3,625.79 |
| Sep 2020 | 362.58 | 836.21 | Town Tax | (959.42) | 3,152.16 |
| Oct 2020 | 362.58 | | | (596.84) | 3,514.74 |
| Nov 2020 | 362.58 | | | (234.26) | 3,877.32 |
| Dec 2020 | 362.58 | 1,531.00 | Hazard | (1,402.68) | 2,708.90 |
| Dec 2020 | | 1,983.74 | Town Tax | (3,386.42) | 725.16 |
| Jan 2021 | 362.58 | | | (3,023.84) | 1,087.74 |
| Feb 2021 | 362.58 | | | (2,661.26) | 1,450.32 |
| Mar 2021 | 362.58 | | | (2,298.68) | 1,812.90 |
| Apr 2021 | 362.58 | | | (1,936.10) | 2,175.48 |
| | $4,350.96 | $4,350.95 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is (1,936.11). Your starting
balance (escrow balance required) according to this analysis should be $2,175.47. This means you have a shortage of 4,111.58.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 60 months.
We anticipate the total of your coming year bills to be 4,350.95. We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $362.58 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $68.53 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $431.11 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,068.47 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

---

 Detach Here



Shellpoint Mortgage Servicing
PO Box 10826

Greenville, SC 29603 0826
(800) 365-7107

**Escrow Shortage Reply (This is not a bill)**

| | |
|---|---|
| Loan Number: | |
| Full Shortage Amount: | $4,111.58 |
| Payment Amount: | $ _____ |

Your escrow shortage has been spread over 60 months, resulting in an additional increase in your monthly payment in the amount of 68.53.

Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH 45274-0039

IF YOU CHOOSE to pay your shortage in full, please visit www.ShellpointMtg.com in order to expedite your payment. You can also mail this coupon with your remittance of the full shortage amount to the address to the left